PFE/BKE: MAR. 2024
GJ # 13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **DONTERIO RAEKWON NICKSON** | ) |

## <u>INDICTMENT</u>

<u>**COUNT ONE**</u>**: [18 U.S.C. § 922(o) and 924(a)(2)]**

The Grand Jury charges that:

On or about January 23, 2024, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**DONTARIO RAEKWON NICKSON**

did knowingly possess a machinegun, that is, **machinegun conversion device** (bearing neither manufacturer marks of identification nor serial number), designed and intended solely and exclusively for use in converting an AR-style rifle into a machinegun capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger, a violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

# NOTICE OF FORFEITURE
## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One of this Indictment for violation of 18 U.S.C. § 922(o), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **machinegun conversion device, any associated magazines and ammunition.**

A TRUE BILL

/s/electronic signature_____
FOREPERSON OF THE GRAND JURY

                                                    PRIM F. ESCALONA
                                                    United States Attorney

                                                    /s/electronic signature_____
                                                    BENJAMIN A. KEOWN, SR.
                                                    Assistant United States Attorney

                                                    /s/electronic signature_____
                                                    DANIEL S. MCBRAYER
                                                    Assistant United States Attorney